UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 07-131 PAM/JSM |
| Plaintiff, | |
| v. | ORDER |
| Jose Elias Maceo-Soto, | |
| Defendants. | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 24, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Jose Elias Maceo-Soto's Motion to Suppress Evidence Seized Without a Warrant [Docket No. 15] is DENIED; and

2. Jose Elais Maceo-Soto's Motion to Suppress Evidence Seized Without a Warrant [Docket No. 20] is DENIED.

DATED: September 12, 2007

s/ Paul A. Magnuson
Judge Paul A. Magnuson
United States District Court